# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS                                        PETITIONER

vs.                          CASE NO. _____ C V 1 1 — 0 3 8 7 6

GOOGLE, INC.                                          RESPONDENTS



## MOTION TO CONFIRM ARBITRATION AWARD

Comes now, *pro se* Movant David Stebbins, who respectfully submits the following

motion to confirm an arbitration award against Respondents Google, Inc. in the amount of

$500,000,000,000.00.

Before I continue, allow me to point out that this court does not have the authority to

deny this motion to confirm an arbitration award *sua sponte*. Under 9 U.S.C. § 9, the court

unequivocally *must* grant a motion to confirm an arbitration award unless it is first vacated or

modified as prescribed by §§ 10 and 11. There is nothing malleable about "must grant," and § 9

carries no hint of flexibility in this regard. See *Hall Street Associates, L.L.C. v. Mattel, Inc.*, 552

U.S. 576 (2008).

9 U.S.C. § 10 states that a court can vacate an arbitration award "upon application of any

party to the arbitration." It does not give the courts the authority to vacate an arbitration award

"on its own motion." Because *Hall Street* compares a reading of §§ 10 and 11 and exclusive,

that means that there is no sua sponte authority to deny confirmation of an arbitration award.

Another way to look at this is that vacation of an arbitration award is an affirmative

defense to its confirmation, not something the lack of which the proponents of the arbitration

must prove. This is proven by two laws: (1) A motion to vacate an arbitration award must be

filed within three months of the date in which the award was obtained

Just like any other affirmative defense, it is waived if it is not asserted. See Fed. R. Civ.

P. Rule 8(b)(6) ("An allegation... is admitted if a responsive pleading is required and the allegation is not denied."). See also Fed. R. Civ. P. Rule 8(c)(1), "In responding to a pleading, a party *must affirmatively* state any avoidance or affirmative defense."

Therefore, this court cannot raise affirmative defenses sua sponte, unless they pertain to a lack of this court's jurisdiction. The Respondents in this case must assert their own defenses, and if they all fail, then their defense must fail, altogether, even if the court plainly sees another defense.

In fact, absent a motion to vacate or modify an arbitration award, confirmation of an arbitration award should be a purely ministerial act. It should be no more the judge's discretion whether or not to confirm an award, until a motion to vacate or modify the same is present, than it is a court clerk's discretion to *docket* that motion. In fact, absent a motion to vacate or modify the award, confirmation of arbitration award can be accomplished entirely over the Internet, using a completely computer-automated system, without any of the respondents' rights being prejudiced; if the respondent does not agree with the confirmation of the arbitration award, they can move to vacate or modify it, simple as that.

Now that I have gotten that out of the way, allow me to continue with the merits of the case.

I have two accounts (called "channels," in the jargon of the community) with a website that is wholly owned by the Respondents called www.youtube.com. The Youtube terms of service are enclosed as Exhibit A.

Notice that Paragraph B of Section 1 of these terms state that the terms can be unilaterally modified at any time. If the other party does not wish to accept the new terms, they may sever the contractual relationship.

On March 22, 2011, I took Youtube up on that generous offer and sent them an email announcing my own modifications to the Youtube terms of service. See Exhibit B.

Notice that I have censored a good portion of this amendment to the terms. This is done for one simple reason: Notice the uncensored portions of the amendment. They state the names of the parties, the method of accepting the amendment, and also, we agree to hold all legal disputes between us – even those not related to this contract – to binding arbitration.

This is why a majority of the amendment is censored for this court. The arbitrator must decide the validity of those clauses. See *Buckeye Check Cashing Inc. v. Cardegna* 546 U.S. 440 (2006).

Also, notice another uncensored clause: The forfeit victory clause. If I send them an invitation to arbitrate a claim, and they do not accept this invitation within 24 hours of receiving it, I automatically win. I do not even have to go to arbitration and invoke Rule 36 of the National Arbitration Forum Code of Procedure; I just... win... period.

Even assuming the Respondents challenge the validity of this provision, this court still cannot decide its validity. The court can only decide the validity of the arbitration clause itself; changes to the arbitration *procedure* must be decided by the arbitrator himself.

The Respondents did not delete my youtube accounts within the 30 day time limit they were allotted. In fact, to this day, they still have not deleted the accounts. Even to this day, I am still able to use both accounts without any trouble.

On May 2, 2011, nine days after they had accepted my amendment by not deleting my account, I sent the Respondents an invitation to arbitrate a legal dispute for compensatory damages of $500,000,000,000.00. See Exhibits C and D. Exhibit C is a screenshot of my email sentbox, proving that I sent this email, and Exhibit D is the content of the submission to

arbitration petition.

The Respondents in this case, even to this day, have yet to accept the invitation to arbitrate. Unless the Respondents wish to go to arbitration to decide the validity of the forfeit victory clause, then this arbitration award should be confirmed.

Wherefore, premises considered, I respectfully pray that the arbitration award in the amount of $500,000,000,000.00 be ministerially confirmed, and all costs incurred be awarded.

It is so requested on this 5th day of August, 2011.

David Stebbins
1407 N Spring Rd
APT #5
Harrison, AR 72601
870-204-6024
stebbinsd@yahoo.com

| | Search | Browse | Movies | Upload | | dstebbin ✉ |
|---|---|---|---|---|---|---|

About  |  Press & Blogs  |  Copyright  |  Creators & Partners  |  Advertising  |  Developers  |  Help

**About YouTube**

Contact us
Company blog
Press room
Company History
YouTube Merchandise
Jobs

**Discover**

YouTube on Your Phone
YouTube on Your TV
YouTube on Your Site
YouTube RSS Feeds
TestTube

**Programs**

Advertising Programs
Partnerships
Developer Tools
Content Management

**Policy and legal**

Privacy Policy
**Terms of Service**
Pay Content Terms of Service
Collecting Society Notices
Copyright Notices
Community Guidelines

**Help**

Help Center
Safety Center
Creator's Corner
Video Speed Info
YouTube Handbook
Contact Us

## Terms of Service

Community Guidelines

### 1. Your Acceptance

A. By using or visiting the YouTube website or any YouTube products, software, data feeds, and services provided to you on, from, or through the YouTube website (collectively the "Service") you signify your agreement to (1) these terms and conditions (the "Terms of Service"), (2) YouTube's privacy notice, found at http://www.youtube.com/t/privacy and incorporated herein by reference, and (3) YouTube's Community Guidelines, found at http://www.youtube.com/t/community_guidelines and also incorporated herein by reference. If you do not agree to any of these terms, the YouTube privacy notice, or the Community Guidelines, please do not use the Service.

B. Although we may attempt to notify you when major changes are made to these Terms of Service, you should periodically review the most up-to-date version http://www.youtube.com/t/terms). YouTube may, in its sole discretion, modify or revise these Terms of Service and policies at any time, and you agree to be bound by such modifications or revisions. Nothing in these Terms of Service shall be deemed to confer any third-party rights or benefits.

### 2. Service

A. These Terms of Service apply to all users of the Service, including users who are also contributors of Content on the Service. "Content" includes the text, software, scripts, graphics, photos, sounds, music, videos, audiovisual combinations, interactive features and other materials you may view on, access through, or contribute to the Service. The Service includes all aspects of YouTube, including but not limited to all products, software and services offered via the YouTube website, such as the YouTube channels, the YouTube "Embeddable Player," the YouTube "Uploader" and other applications.

B. The Service may contain links to third party websites that are not owned or controlled by YouTube. YouTube has no control over, and assumes no responsibility for, the content, privacy policies, or practices of any third party websites. In addition, YouTube will not and cannot censor or edit the content of any third-party site. By using the Service, you expressly relieve YouTube from any and all liability arising from your use of any third-party website.

C. Accordingly, we encourage you to be aware when you leave the Service and to read the terms and conditions and privacy policy of each other website that you visit.

### 3. YouTube Accounts

A. In order to access some features of the Service, you will have to create a YouTube or Google account. You may never use another's account without permission. When creating your account, you must provide accurate and complete information. You are solely responsible for the activity that occurs on your account, and you must keep your account password secure. You must notify YouTube immediately of any breach of security or unauthorized use of your account.

B. Although YouTube will not be liable for your losses caused by any unauthorized use of your account, you may be liable for the losses of YouTube or others due to such unauthorized use.

### 4. General Use of the Service—Permissions and Restrictions

YouTube hereby grants you permission to access and use the Service as set forth in these Terms of Service, provided that:

A. You agree not to distribute in any medium any part of the Service or the Content without YouTube's prior written authorization, unless YouTube makes available the means for such distribution through functionality offered by the Service (such as the Embeddable Player).

B. You agree not to alter or modify any part of the Service.

C. You agree not to access Content through any technology or means other than the video playback pages of the Service itself, the Embeddable Player, or other explicitly authorized means YouTube may designate.

D. You agree not to use the Service for any of the following commercial uses unless you obtain YouTube's prior written approval:

   ■ the sale of access to the Service;
   ■ the sale of advertising, sponsorships, or promotions placed on or within the Service or Content; or
   ■ the sale of advertising, sponsorships, or promotions on any page of an ad-enabled blog or website containing Content delivered via the Service, unless other material not obtained from YouTube appears on the same page and is of sufficient value to be the basis for such sales.

E. Prohibited commercial uses do not include:

   ■ uploading an original video to YouTube, or maintaining an original channel on YouTube, to promote your business or artistic enterprise;
   ■ showing YouTube videos through the Embeddable Player on an ad-enabled blog or website, subject to the advertising restrictions set forth above in Section 4.D; or
   ■ any use that YouTube expressly authorizes in writing.

   (For more information about what constitutes a prohibited commercial use, see our FAQ.)

F. If you use the Embeddable Player on your website, you may not modify, build upon, or block any portion or functionality of the Embeddable Player, including but not limited to links back to the YouTube website.

G. If you use the YouTube Uploader, you agree that it may automatically download and install updates from time to time from YouTube. These updates are designed to improve, enhance and further develop the Uploader and may take the form of bug fixes, enhanced functions, new software modules and completely new versions. You agree to receive such updates (and permit YouTube to deliver these to you) as part of your use of the Uploader.

H. You agree not to use or launch any automated system, including without limitation, "robots," "spiders," or "offline readers," that accesses the Service in a manner that sends more request messages to the YouTube servers in a given period of time than a human can reasonably produce in the same period by using a conventional on-line web browser. Notwithstanding the foregoing, YouTube grants the operators of public search engines permission to use spiders to copy materials from the site for the sole purpose of and solely to the extent necessary for creating publicly available searchable indices of the materials, but not caches or archives of such materials. YouTube reserves the right to revoke these exceptions either generally or in specific cases. You agree not to collect or harvest any personally identifiable information, including account names, from the Service, nor to use the communication systems provided by the Service (e.g., comments, email) for any commercial solicitation purposes. You agree not to solicit, for commercial purposes, any users of the Service with respect to their Content.

I. In your use of the Service, you will comply with all applicable laws.

J. YouTube reserves the right to discontinue any aspect of the Service at any time.

## 5. Your Use of Content

In addition to the general restrictions above, the following restrictions and conditions apply specifically to your use of Content.

A. The Content on the Service, and the trademarks, service marks and logos ("Marks") on the Service, are owned by or licensed to YouTube, subject to copyright and other intellectual property rights under the law.

B. Content is provided to you AS IS. You may access Content for your information and personal use solely as intended through the provided functionality of the Service and as permitted under these Terms of Service. You shall not download any Content unless you see a "download" or similar link displayed by YouTube on the Service for that Content. You shall not copy, reproduce, distribute, transmit, broadcast, display, sell, license, or otherwise exploit any Content for any other purposes without the prior written consent of YouTube or the respective licensors of the Content. YouTube and its licensors reserve all rights not expressly granted in and to the Service and the Content.

C. You agree not to circumvent, disable or otherwise interfere with security-related features of the Service or features that prevent or restrict use or copying of any Content or enforce limitations on use of the Service or the Content therein.

D. You understand that when using the Service, you will be exposed to Content from a variety of sources, and that YouTube is not responsible for the accuracy, usefulness, safety, or intellectual property rights of or relating to such Content. You further understand and acknowledge that you may be exposed to Content that is inaccurate, offensive, indecent, or objectionable, and you agree to waive, and hereby do waive, any legal or equitable rights or remedies you have or may have against YouTube with respect thereto, and, to the extent permitted by applicable law, agree to indemnify and hold harmless YouTube, its owners, operators, affiliates, licensors, and licensees to the fullest extent allowed by law regarding all matters related to your use of the Service.

## 6. Your Content and Conduct

A. As a YouTube account holder you may submit Content to the Service, including videos and user comments. You understand that YouTube does not guarantee any confidentiality with respect to any Content you submit.

B. You shall be solely responsible for your own Content and the consequences of submitting and publishing your Content on the Service. You affirm, represent, and warrant that you own or have the necessary licenses, rights, consents, and permissions to publish Content you submit; and you license to YouTube all patent, trademark, trade secret, copyright or other proprietary rights in and to such Content for publication on the Service pursuant to these Terms of Service.

C. For clarity, you retain all of your ownership rights in your Content. However, by submitting Content to YouTube, you hereby grant YouTube a worldwide, non-exclusive, royalty-free, sublicenseable and transferable license to use, reproduce, distribute, prepare derivative works of, display, and perform the Content in connection with the Service and YouTube's (and its successors' and affiliates') business, including without limitation for promoting and redistributing part or all of the Service (and derivative works thereof) in any media formats and through any media channels. You also hereby grant each user of the Service a non-exclusive license to access your Content through the Service, and to use, reproduce, distribute, display and perform such Content as permitted through the functionality of the Service and under these Terms of Service. The above licenses granted by you in video Content you submit to the Service terminate within a commercially reasonable time after you remove or delete your videos from the Service. You understand and agree, however, that YouTube may retain, but not display, distribute, or perform, server copies of your videos that have been removed or deleted. The above licenses granted by you in user comments you submit are perpetual and irrevocable.

D. You further agree that Content you submit to the Service will not contain third party copyrighted material, or material that is subject to other third party proprietary rights, unless you have permission from the rightful owner of the material or you are otherwise legally entitled to post the material and to grant YouTube all of the license rights granted herein.

E. You further agree that you will not submit to the Service any Content or other material that is contrary to the YouTube Community Guidelines, currently found at http://www.youtube.com/t/community_guidelines, which may be updated from time to time, or contrary to applicable local, national, and international laws and regulations.

F. YouTube does not endorse any Content submitted to the Service by any user or other licensor, or any opinion, recommendation, or advice expressed therein, and YouTube expressly disclaims any and all liability in connection with Content. YouTube does not permit copyright infringing activities and infringement of intellectual property rights on the Service, and YouTube will remove all Content if properly notified that such Content infringes on another's intellectual property rights. YouTube reserves the right to remove Content without prior notice.

## 7. Account Termination Policy

A. YouTube will terminate a user's access to the Service if, under appropriate circumstances, the user is determined to be a repeat infringer.

B. YouTube reserves the right to decide whether Content violates these Terms of Service for reasons other than copyright infringement, such as, but not limited to, pornography, obscenity, or excessive length. YouTube may at any time, without prior notice and in its sole discretion, remove such Content and/or terminate a user's account for submitting such material in violation of these Terms of Service.

## 8. Digital Millennium Copyright Act

A. If you are a copyright owner or an agent thereof and believe that any Content infringes upon your copyrights, you may submit a notification pursuant to the Digital Millennium Copyright Act ("DMCA") by providing our Copyright Agent with the following information in writing (see 17 U.S.C 512(c)(3) for further detail):

- A physical or electronic signature of a person authorized to act on behalf of the owner of an exclusive right that is allegedly infringed;
- Identification of the copyrighted work claimed to have been infringed, or, if multiple copyrighted works at a single online site are covered by a single notification, a representative list of such works at that site;
- Identification of the material that is claimed to be infringing or to be the subject of infringing activity and that is to be removed or access to which is to be disabled and information reasonably sufficient to permit the service provider to locate the material;
- Information reasonably sufficient to permit the service provider to contact you, such as an address, telephone number, and, if available, an electronic mail;
- A statement that you have a good faith belief that use of the material in the manner complained of is not authorized by the copyright owner, its agent, or the law; and
- A statement that the information in the notification is accurate, and under penalty of perjury, that you are authorized to act on behalf of the owner of an

exclusive right that is allegedly infringed.

YouTube's designated Copyright Agent to receive notifications of claimed infringement is Shadie Farazian, 901 Cherry Ave., San Bruno, CA 94066, email: copyright@youtube.com, fax: 650-872-8513. For clarity, only DMCA notices should go to the Copyright Agent; any other feedback, comments, requests for technical support, and other communications should be directed to YouTube customer service through http://www.google.com/support/youtube. You acknowledge that if you fail to comply with all of the requirements of this Section 5(D), your DMCA notice may not be valid.

B.  Counter-Notice. If you believe that your Content that was removed (or to which access was disabled) is not infringing, or that you have the authorization from the copyright owner, the copyright owner's agent, or pursuant to the law, to post and use the material in your Content, you may send a counter-notice containing the following information to the Copyright Agent:

- Your physical or electronic signature;
- Identification of the Content that has been removed or to which access has been disabled and the location at which the Content appeared before it was removed or disabled;
- A statement that you have a good faith belief that the Content was removed or disabled as a result of mistake or a misidentification of the Content; and
- Your name, address, telephone number, and e-mail address, a statement that you consent to the jurisdiction of the federal court in San Francisco, California, and a statement that you will accept service of process from the person who provided notification of the alleged infringement.

If a counter-notice is received by the Copyright Agent, YouTube may send a copy of the counter-notice to the original complaining party informing that person that it may replace the removed Content or cease disabling it in 10 business days. Unless the copyright owner files an action seeking a court order against the Content provider, member or user, the removed Content may be replaced, or access to it restored, in 10 to 14 business days or more after receipt of the counter-notice, at YouTube's sole discretion.

## 9. Warranty Disclaimer

YOU AGREE THAT YOUR USE OF THE SERVICES SHALL BE AT YOUR SOLE RISK. TO THE FULLEST EXTENT PERMITTED BY LAW, YOUTUBE, ITS OFFICERS, DIRECTORS, EMPLOYEES, AND AGENTS DISCLAIM ALL WARRANTIES, EXPRESS OR IMPLIED, IN CONNECTION WITH THE SERVICES AND YOUR USE THEREOF. YOUTUBE MAKES NO WARRANTIES OR REPRESENTATIONS ABOUT THE ACCURACY OR COMPLETENESS OF THIS SITE'S CONTENT OR THE CONTENT OF ANY SITES LINKED TO THIS SITE AND ASSUMES NO LIABILITY OR RESPONSIBILITY FOR ANY (I) ERRORS, MISTAKES, OR INACCURACIES OF CONTENT, (II) PERSONAL INJURY OR PROPERTY DAMAGE, OF ANY NATURE WHATSOEVER, RESULTING FROM YOUR ACCESS TO AND USE OF OUR SERVICES, (III) ANY UNAUTHORIZED ACCESS TO OR USE OF OUR SECURE SERVERS AND/OR ANY AND ALL PERSONAL INFORMATION AND/OR FINANCIAL INFORMATION STORED THEREIN, (IV) ANY INTERRUPTION OR CESSATION OF TRANSMISSION TO OR FROM OUR SERVICES, (IV) ANY BUGS, VIRUSES, TROJAN HORSES, OR THE LIKE WHICH MAY BE TRANSMITTED TO OR THROUGH OUR SERVICES BY ANY THIRD PARTY, AND/OR (V) ANY ERRORS OR OMISSIONS IN ANY CONTENT OR FOR ANY LOSS OR DAMAGE OF ANY KIND INCURRED AS A RESULT OF THE USE OF ANY CONTENT POSTED, EMAILED, TRANSMITTED, OR OTHERWISE MADE AVAILABLE VIA THE SERVICES. YOUTUBE DOES NOT WARRANT, ENDORSE, GUARANTEE, OR ASSUME RESPONSIBILITY FOR ANY PRODUCT OR SERVICE ADVERTISED OR OFFERED BY A THIRD PARTY THROUGH THE SERVICES OR ANY HYPERLINKED SERVICES OR FEATURED IN ANY BANNER OR OTHER ADVERTISING, AND YOUTUBE WILL NOT BE A PARTY TO OR IN ANY WAY BE RESPONSIBLE FOR MONITORING ANY TRANSACTION BETWEEN YOU AND THIRD-PARTY PROVIDERS OF PRODUCTS OR SERVICES. AS WITH THE PURCHASE OF A PRODUCT OR SERVICE THROUGH ANY MEDIUM OR IN ANY ENVIRONMENT, YOU SHOULD USE YOUR BEST JUDGMENT AND EXERCISE CAUTION WHERE APPROPRIATE.

## 10. Limitation of Liability

IN NO EVENT SHALL YOUTUBE, ITS OFFICERS, DIRECTORS, EMPLOYEES, OR AGENTS, BE LIABLE TO YOU FOR ANY DIRECT, INDIRECT, INCIDENTAL, SPECIAL, PUNITIVE, OR CONSEQUENTIAL DAMAGES WHATSOEVER RESULTING FROM ANY (I) ERRORS, MISTAKES, OR INACCURACIES OF CONTENT, (II) PERSONAL INJURY OR PROPERTY DAMAGE, OF ANY NATURE WHATSOEVER, RESULTING FROM YOUR ACCESS TO AND USE OF OUR SERVICES, (III) ANY UNAUTHORIZED ACCESS TO OR USE OF OUR SECURE SERVERS AND/OR ANY AND ALL PERSONAL INFORMATION AND/OR FINANCIAL INFORMATION STORED THEREIN, (IV) ANY INTERRUPTION OR CESSATION OF TRANSMISSION TO OR FROM OUR SERVICES, (IV) ANY BUGS, VIRUSES, TROJAN HORSES, OR THE LIKE, WHICH MAY BE TRANSMITTED TO OR THROUGH OUR SERVICES BY ANY THIRD PARTY, AND/OR (V) ANY ERRORS OR OMISSIONS IN ANY CONTENT OR FOR ANY LOSS OR DAMAGE OF ANY KIND INCURRED AS A RESULT OF YOUR USE OF ANY CONTENT POSTED, EMAILED, TRANSMITTED, OR OTHERWISE MADE AVAILABLE VIA THE SERVICES, WHETHER BASED ON WARRANTY, CONTRACT, TORT, OR ANY OTHER LEGAL THEORY, AND WHETHER OR NOT THE COMPANY IS ADVISED OF THE POSSIBILITY OF SUCH DAMAGES. THE FOREGOING LIMITATION OF LIABILITY SHALL APPLY TO THE FULLEST EXTENT PERMITTED BY LAW IN THE APPLICABLE JURISDICTION.

YOU SPECIFICALLY ACKNOWLEDGE THAT YOUTUBE SHALL NOT BE LIABLE FOR CONTENT OR THE DEFAMATORY, OFFENSIVE, OR ILLEGAL CONDUCT OF ANY THIRD PARTY AND THAT THE RISK OF HARM OR DAMAGE FROM THE FOREGOING RESTS ENTIRELY WITH YOU.

The Service is controlled and offered by YouTube from its facilities in the United States of America. YouTube makes no representations that the Service is appropriate or available for use in other locations. Those who access or use the Service from other jurisdictions do so at their own volition and are responsible for compliance with local law.

## 11. Indemnity

To the extent permitted by applicable law, you agree to defend, indemnify and hold harmless YouTube, its parent corporation, officers, directors, employees and agents, from and against any and all claims, damages, obligations, losses, liabilities, costs or debt, and expenses (including but not limited to attorney's fees) arising from: (i) your use of and access to the Service; (ii) your violation of any term of these Terms of Service; (iii) your violation of any third party right, including without limitation any copyright, property, or privacy right; or (iv) any claim that your Content caused damage to a third party. This defense and indemnification obligation will survive these Terms of Service and your use of the Service.

## 12. Ability to Accept Terms of Service

You affirm that you are either more than 18 years of age, or an emancipated minor, or possess legal parental or guardian consent, and are fully able and competent to enter into the terms, conditions, obligations, affirmations, representations, and warranties set forth in these Terms of Service, and to abide by and comply with these Terms of Service. In any case, you affirm that you are over the age of 13, as the Service is not intended for children under 13. If you are under 13 years of age, then please do not use the Service. There are lots of other great web sites for you. Talk to your parents about what sites are appropriate for you.

## 13. Assignment

These Terms of Service, and any rights and licenses granted hereunder, may not be transferred or assigned by you, but may be assigned by YouTube without restriction.

## 14. General

You agree that: (i) the Service shall be deemed solely based in California; and (ii) the Service shall be deemed a passive website that does not give rise to personal jurisdiction over YouTube, either specific or general, in jurisdictions other than California. These Terms of Service shall be governed by the internal substantive laws of the State of California, without respect to its conflict of laws principles. Any claim or dispute between you and YouTube that arises in whole or in part from the Service shall be decided exclusively by a court of competent jurisdiction located in Santa Clara County, California. These Terms of Service, together with the Privacy Notice at

http://www.youtube.com/t/privacy and any other legal notices published by YouTube on the Service, shall constitute the entire agreement between you and YouTube concerning the Service. If any provision of these Terms of Service is deemed invalid by a court of competent jurisdiction, the invalidity of such provision shall not affect the validity of the remaining provisions of these Terms of Service, which shall remain in full force and effect. No waiver of any term of this these Terms of Service shall be deemed a further or continuing waiver of such term or any other term, and YouTube's failure to assert any right or provision under these Terms of Service shall not constitute a waiver of such right or provision. YouTube reserves the right to amend these Terms of Service at any time and without notice, and it is your responsibility to review these Terms of Service for any changes. Your use of the Service following any amendment of these Terms of Service will signify your assent to and acceptance of its revised terms. YOU AND YOUTUBE AGREE THAT ANY CAUSE OF ACTION ARISING OUT OF OR RELATED TO THE SERVICES MUST COMMENCE WITHIN ONE (1) YEAR AFTER THE CAUSE OF ACTION ACCRUES. OTHERWISE, SUCH CAUSE OF ACTION IS PERMANENTLY BARRED.

**Dated: June 9, 2010**

Help    About    Press & Blogs    Copyright    Creators & Partners    Advertising    Developers    Safety    Privacy    Terms

Report a bug    Try something new!    Language: English    Location: Worldwide    Safety mode: Off

8/4/2011 9:25 PM

*Exh. B*

Print - Close Window

Subject:Check this out
From:   David Stebbins (stebbinsd@yahoo.com)
To:      service@youtube.com;
Date:   Tue, 22 Mar 2011 03:42:31

## OVERVIEW

This is a contract between David A. Stebbins of Harrison, AR (I) and the company of Google, Inc. (you). I currently have two accounts with your website, youtube.com. They are named "dstebbin" and "dstebbinreviews." This is a notice that the contract surrounding my accounts are being changed. If you do not agree with any of these terms within 30 days from the date of today, you must terminate my accounts.



## ARBITRATION

All disputes between us – even those not related to this contract – shall be held to binding arbitration, using either the services of www.net-arb.com, or the most applicable rules of the American Arbitration Association. The award may be confirmed in the United States District Court for the district in which I reside at the time. I may send you the demand for arbitration over email. If I cannot afford to pay the arbitration, you must pay it for me. If you even so much as attempt to litigate a case with me, even if that attempt is unsuccessful, you automatically loose that case. This arbitration clause will extend to all disputes that we could ever pursue against each other.

## FORFEIT VICTORY CLAUSE

If you do not accept my invitation to arbitrate within 24 hours of receiving it, I automatically win the relief requested, regardless of the merits. No actual arbitration award need be entered; I simply win, automatically, without having to go to arbitration. However, this will only apply to me. If you attempt to arbitrate with me, and I do not accept it, you must obtain an order to compel arbitration.







*Exh. D*

**American Arbitration Association**
*Dispute Resolution Services Worldwide*

Please visit our website at www.adr.org if you
would like to file this case online.
AAA Customer Service can be reached at 800-778-7879

**SUBMISSION TO DISPUTE RESOLUTION**

The named parties hereby submit the following dispute for resolution, under the rules of the American Arbitration Association.

**To be completed and signed by all parties (attach additional sheets if necessary).**

Rules Selected: ☐Commercial ☒Construction ☐Employment ☐Other (please specify) _____

Procedure Selected: ☒Binding Arbitration ☐Mediation ☐Other (please specify)_____.

**NATURE OF DISPUTE:**
Breach of contract. Respondents did not enforce the rules on their website, like they are contractually obligated to do. I seek $500,000,000,000 in penal damages.

| | |
|---|---|
| Dollar Amount of Claim  $ | Other Relief Sought:  ☐ Attorneys Fees          ☒Interest |
| | ☐Arbitration Costs  ☐Punitive/ Exemplary  ☐Other _____ |

PLEASE DESCRIBE APPROPRIATE QUALIFICATIONS FOR ARBITRATOR(S) TO BE APPOINTED TO HEAR THIS DISPUTE:
Someone well-versed in contract law.

Amount Enclosed $ 65,000.00 _____   In accordance with Fee Schedule:  ☐Flexible Fee Schedule  ☒Standard Fee Schedule

| | |
|---|---|
| HEARING LOCALE REQUESTED: Fresno, CA | Estimated time needed for hearings overall: _____ hours or ___1.00___ days |

We agree that, if arbitration is selected, we will abide by and perform any award rendered hereunder and that a judgment may be entered on the award.

| Name of Party | | | David A. Stebbins | Name of Party | | | Google, Inc. |
|---|---|---|---|---|---|---|---|
| Address: | | | 1407 N Spring Rd, | Address: | | | 1600 Amphitheatre Parkway |
| APT #5 | | | | | | | |
| City: Harrison | State AR | Zip Code 72601 | | City: Mountain View | State CA | Zip Code 94043 | |
| Phone No. 870-204-6024 | | Fax No. | | Phone No. 1 650-253-0000 | | Fax No. 1 650-253-0001 | |
| Email Address: stebbinsd@yahoo.com | | | | Email Address: service@youtube.com | | | |
| Signature (required): | | Date: May 2, 2011 | | Signature (required): | | Date: | |
| Name of Representative: not applicable | | | | Name of Representative: | | | |
| Name of Firm (if applicable) not applicable | | | | Name of Firm (if applicable) | | | |
| Address (to be used in connection with this case) 1407 N Spring Rd, APT #5 | | | | Address (to be used in connection with this case) | | | |
| City: Harrison | State AR | Zip Code 72601 | | City: | State | Zip Code | |
| Phone No. 870-204-6024 | | Fax No. | | Phone No. | | Fax No. | |
| Email Address: stebbinsd@yahoo.com | | | | Email Address: | | | |

To begin proceedings, please send a copy of this Demand and the Arbitration Agreement, along with the filing fee as provided for in the Rules, to: American Arbitration Association, Case Filing Services, 1101 Laurel Oak Road, Suite 100 Voorhees, NJ  08043.  Send the original Demand to the Respondent.

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS                                         PETITIONER

vs.                          CASE NO. _____

GOOGLE, INC.                                           RESPONDENTS

### CERTIFICATE OF SERVICE

I, *pro se* Petitioner David Strebbins, hereby assert that a true and correct copy of my

motion to confirm the arbitration award was served on the Respondents by mailing a copy

thereof via first class mail to the below address on the 5th day of August, 2011.

1600 Amphitheatre Parkway
Mountain View, CA 94043

This is a valid method of serving the Respondents, notwithstanding Fed. R. Civ. P. Rule

4, because, under 9 U.S.C. § 9, if the Respondents are residents of the state in which the award

was obtained, I may serve them in a like manner for the serving of motions.  Therefore, this

service is sufficient under Fed. R. Civ. P. Rule 5(b)(2)(C).

It is so respectfully certified on this 5th day of August, 2011.

David Stebbins
1407 N Spring Rd
APT #5
Harrison, AR 72601
870-204-6024
stebbinsd@yahoo.com