

NWA P&DF 72701
FRI 05 AUG 2011 PM

David
1402 N Spring
APT #3
Harrison, AR 72601

U.S District Court for th
Northen District of California
280 S. First St., Room 2112
San Jose, CA 95113-3002