UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

**David Stebbins**                                                                                   **Plaintiff**

v.                          Case No. 11-03876

**Google, Inc.**                                                                                     **Defendants**

AFFIDAVIT OF SERVICE OF ADR SCHEDULE ORDER, MOTION FOR
ECF ACCESS, AND MOTION FOR LEAVE TO BE ON
TELEPHONE STANDBY FOR 11/01/2011 CONFERENCE.

Comes now, *pro se* Plaintiff David Stebbins, who respectfully submits the following affidavit of service of the ADR Scheduling Order, the following motion for ECF access, and the following motion for leave to be on telephone standby for the Initial Case Management Conference on November 1, 2011.

*Affidavit of Service*

I, *pro se* Plaintiff David Stebbins, hereby certify under penalty of perjury that I have served the Defendants with a copy of the ADR scheduling order, as required of me in the first paragraph of that order, by mailing a copy to 1600 Ampitheatre Parkway, Mountain View, CA 94043, on the 12th day of August, 2011. It is being served alongside a copy of this document.

*Motion for ECF Access*

As you can clearly see from my petition for leave to proceed in forma pauperis, I am indigent. It would put my printer, and my finances (due to the cost of paying for postage) under undue strain if I were forced to mail all documents in.

I have been granted ECF access in the United States District Court for the Western District of Missouri, and also in the United States Court of Appeals for the Eighth Circuit. You may contact those courts if you require a reference for how I may behave on the ECF. I am sure I have done some things that make those judges roll their eyes, but I am confident that nothing I

have done that they dislike has anything to do with the ECF.

Wherefore, I respectfully pray that you grant me ECF access. My contact information and email address can be found in my signature of this document.

### *Motion for Leave to be on Telephone Standby*

According to Page Seven (7) of the Scheduling Order, it states the following: "Only in rare exceptional situations will the persons with full authority to settle be allowed to be on telephone standby and then only with permission of the Court."

I respectfully seek leave to do exactly that. As the pro se Plaintiff, I have full authority to settle on my own behalf. I am incredibly indigent, and I do not live anywhere near the Courthouse.

There is just no way that I am going to be able to make the trip to San Jose, physically, even if I can win this case because of it.

My poverty should not be a barrier to justice; that is why we have *in forma pauperis* status. It would defeat the core purpose of having IFP if I were required to travel physically, bearing highly prohibitive costs, when a telephone conference would suffice.

Wherefore, premises considered, I respectfully pray that you grant the above-requested relief.

*/s/ David Stebbins*
David Stebbins
1407 N Spring Rd,
APT #5
Harrison, AR 72601
870-204-6024
stebbinsd@yahoo.com