**UNITED STATES DISTRICT COURT**
**Northern District of California**
280 South First Street
San Jose, California 95113
_____

www.cand.uscourts.gov

Richard W. Wieking                                              General Court Number
Clerk                                                                         408.535.5363

**September 1, 2011**

**CASE NUMBER:  CV 11-03876 PSG**
**CASE TITLE:  DAVID STEBBINS-v-GOOGLE, INC.**

<u>REASSIGNMENT ORDER</u>

GOOD CAUSE APPEARING THEREFOR,

IT IS ORDERED that this case is reassigned to the **San Jose** division.  **Case reassigned to the Honorable Lucy H. Koh** for all further proceedings.

Counsel are instructed that all future filings shall bear the initials **LHK** immediately after the case number.

ALL MATTERS PRESENTLY SCHEDULED FOR HEARING ARE VACATED AND SHOULD BE RENOTICED FOR HEARING BEFORE THE JUDGE TO WHOM THE CASE HAS BEEN REASSIGNED.

Date: 8/31/2011

FOR THE EXECUTIVE COMMITTEE:

_____/s/ Richard W. Wieking_____
                                                                                Clerk

NEW CASE FILE CLERK:

Copies to: Courtroom Deputies                    Special Projects
Log Book Noted                                            Entered in Computer 9/1/2011 tsh

CASE SYSTEMS ADMINISTRATOR:
Copies to:  All Counsel                                  Transferor CSA