UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS                                               PLAINTIFF

V.                               CASE NO. 11-03876

GOOGLE, INC.                                          DEFENDANTS

## SUPPLEMENT TO OBJECTION TO RECOMMENDATION OF DISMISSAL

Comes now, *pro se* Plaintiff David Stebbins, who respectfully submits the following supplement to my objection to Hon. Grewal's recommendation that the case be dismissed for being frivolous.

I have three cases which I wish to cite in support of my assertion that the court does not have any *sua sponte* authority to deny confirmation of an arbitration award. I have numerous cases that I can cite, but these three most directly relate to the case at hand.

In these three cases, the trial courts made *sua sponte* findings that there was no agreement to arbitrate between the parties (or at the very least, no proof of one), and *sua sponte* vacated the arbitration awards on those grounds. The appellate courts, however, reversed the trial courts' decisions, for no other reason than, there were no motions to vacate and no *sua sponte* authority to vacate.

The three cases that I cite are...

1. *MBNA America Bank v. Boyce*, 723 NW 2d 449 - Iowa: Court of Appeals 2006.
2. *MBNA America Bank, N.A. v. O'Brien*, No. 21216, 2006 WL 2041478 (Ohio Ct. App. Jul 21, 2006)
3. *NCO Portfolio Management, Inc. v. McGill*, No. 21229, 2006 WL 2041476 (Ohio Ct. App. Jul 21, 2006)

So, as you can clearly see, the case law is certainly in my favor. I wish to emphasize that

this is just the tip of the iceberg; I have a list of case law an arm long that I can cite in favor of my position.

Wherefore, premises considered, I respectfully pray that Hon. Grewal's recommendation that my case be dismissed be disregarded.

David Stebbins
1407 N Spring Rd
APT #5
Harrison, AR 72601
870-204-6024
stebbinsd@yahoo.com