UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF CALIFORNIA

DAVID STEBBINS                                                              PLAINTIFF

VS.                              CASE NO. 11-03876-LHK

GOOGLE, INC.                                                              DEFENDANTS

### THIRD SUPPLEMENT TO
### OBJECT TO RECOMMENDATION OF DISMISSAL



Comes now, *pro se* Plaintiff David Stebbins, who hereby submits the following additional supplement to my objection to Hon. Grewal's Recommendation that the case be dismissed.

Hon. Grewal has stated that I have failed to state any fact "that even remotely suggests" that a revised contract exists between myself and Google. However, this is insufficient. Aside from the case of Douglas v. Talk America, Inc., which I have cited in a previous supplement, there is also the fact that Hon. Grewal failed to cite any specific legal authorities.

Under Ninth Circuit case law, you don't just get to *claim* that there is no way that a grounds to deny confirmation of an arbitration award, and then deny it on those grounds. No, you actually have to give details; you have to actually cite legal authorities on your behalf.

Specifically, I cite the case of *Lagstein v. Certain Underwriters at Lloyd's, London*, Case No. 07-16094. In that case, the United States District Court for the District of Nevada vacated an arbitration award on the grounds that the damages were so quantitatively excessive that they were shocking to the Court's conscience, and that there was no way the arbitrators could have issued an award that big without manifest disregard for the law.

The Ninth Circuit, however, found that such a vague statement was insufficient. They found that the District Court failed to cite any applicable legal authority that the arbitrators were aware of, yet ignored. They therefore based their reversal partly on that ground.

In other words, the court cannot just *claim* that there is simply no way that a particular grounds to vacate an arbitration award does not exist; actual details and legal authorities are necessary.

Hon. Grewal was unable to give details; can Hon. Kor give some details in his place? Remember, the case law clearly states that, if you do not give details, the Court order is reversed and remanded, just on that issue alone, so please give some.

Aside from the fact that the Ninth Circuit will probably be frustrated if they have to hear multiple appeals on this case, as it constantly gets reversed and remanded, over and over again, there's also the simple fact that it wastes taxpayer resources. You should be as exhaustive in your findings as you possibly can, just so that taxpayers will not have to waste time having you go back and correct your mistakes.

Wherefore, premises considered, I respectfully pray that the arbitration award be confirmed.

David Stebbins
1407 N Spring Rd,
APT #5
Harrison, AR 72601
870-204-6024
stebbinsd@yahoo.com