THIS IS TO CERTIFY THAT A COPY OF THIS ORDER HAS BEEN SENT TO:

**David Stebbins**
1407 N. Spring Road
Apt. #5
Harrison, AZ 72601

Dated: October 27, 2011                                    Richard W. Wieking, Clerk

                                                                                                          By:___/s/_____
                                                                                                            Martha Parker Brown,
                                                                                                             Courtroom Deputy