FILED

| UNITED STATES COURT OF APPEALS | NOV 15 2011 |
|---|---|
| FOR THE NINTH CIRCUIT | MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| In re: DAVID ANTHONY STEBBINS. | No. 11-72595 |
|---|---|
| DAVID ANTHONY STEBBINS,<br><br>            Petitioner,<br><br>   v.<br><br>UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE,<br><br>            Respondent,<br><br>GOOGLE, INC.,<br><br>            Real Party in Interest. | D.C. No. 5:11-cv-03876-LHK<br>Northern District of California,<br>San Jose<br><br>ORDER |

Before: O'SCANNLAIN, LEAVY, and TROTT, Circuit Judges.

Petitioner has not demonstrated that this case warrants the intervention of this court by means of the extraordinary remedy of mandamus. See Bauman v. United States Dist. Court, 557 F.2d 650 (9th Cir. 1977). Accordingly, the petition is denied.

The motion to proceed in forma pauperis is denied as moot.

AM/MOATT

No further filings shall be accepted in this closed case.

**DENIED.**